In the Matter of the Application of the Public Service Commission for the First District, etc., Relative to Acquiring Land at the Foot of Montague Street, etc. Public Service Commission and the City of New York, Appellants; John J. Pierrepont and Others, Respondents.— Motion granted. Present — Jenks, P. J., Thomas, Stapleton and Rich, JJ.; Mills, J., not voting.

Paolo Boglioli, Respondent, v. John Boglioli, Appellant.— Order of the County Court of Kings county modified by striking out all except the first direction, and adding to the first direction the words "upon condition that the plaintiff repay to the defendant the sum of $450, with interest thereon from the 16th day of April, 1915," and as modified affirmed, with ten dollars costs and disbursements to the appellant. (See *Beers* v. *Hendrickson*, 45 N. Y. 665, 669; *Lee* v. *Vacuum Oil Co.*, 126 id. 579.) Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

---

* Consol. Laws, chap. 49 (Laws of 1910, chap. 481), § 178, as amd. by Laws of 1912, chap. 368.— [REP.

† Consol. Laws, chap. 12 (Laws of 1909, chap. 17), § 230.— [REP.